MARY FARRELL, Respondent, v. MARY F. MEEHAN et al., Appellants, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CORA HARVEY, Respondent, v. R. H. MACY & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

K. K. CRYSTAL Co., INC., Appellant, v. YOKOHAMA SPECIE BANK, LTD., in Liquidation under Elliott V. Bell, as Superintendent of Banks of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See post, p. 804.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA GRUBER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

BENJAMIN DWORKIN et al., Respondents, v. PATRICK J. DELANEY, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Accounting of CONRAD S. KEYES, as Executor of AXEL JOSEPHSSON, Deceased, Respondent. MARY H. CULBERTSON, as Administratrix with the Will Annexed of the Estate of DORIS STURGES, Deceased, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See post, p. 809.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERICH STEIN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse, dismiss the information and remit the fine on the ground that the crime was not established beyond a reasonable doubt.

NORMAN JACKMAN, an Infant, by ANNABELLE JACKMAN, his Guardian ad Litem, et al., Appellants, v. EVA SHAFFER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

BENJAMIN GOLDBERG, Respondent-Appellant, v. CITY OF NEW YORK, Appellant; CORSETORIUM, INC., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs to the plaintiff against the defendant the City of New York, and, with costs to the defendant Corsetorium, Inc., against the plaintiff and the defendant the City of New York. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARY M. ADAMS et al., as Executors of HELEN L. SACKETT, Deceased, Appellants, v. RIKER OPERATING COMPANY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore and Callahan, JJ. [See post, p. 810.]

LEO ZEITLIN et al., Copartners Doing Business under the Name of EASTERN FLOUR COMPANY, Appellants, v. MAURICE GERTNER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.